## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 693 MAL 2015

      Respondent   :

       :   Petition for Allowance of Appeal from

       :   the Order of the Superior Court

      v.   :

TROY DANIEL LANGTRY,   :

      Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.